IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK ALBANEZ-CARBALLO,<br><br>Defendant. | ORDER DENYING GOVERNMENT APPEAL<br><br>Case No. 2:15-CR-00136 DN<br><br>District Judge David Nuffer |

The appeal[1] from the order[2] of Magistrate Judge Evelyn J. Furse denying the government's motion for a detention hearing was heard March 20, 2015.[3] Arguments of counsel were carefully considered. The order of the magistrate judge is correct and is adopted as the order of the Court.

Signed March 20, 2015.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Appeal of Order of Magistrate Judge Releasing Defendant Pending Trial, docket no. 13, filed March 20, 2015.

[2] Order Denying Government's Motion for a Detention Hearing, docket no. 12, filed March 20, 2015.

[3] Minute Entry, docket no. 14, filed March 20, 2015.